DONALD J. PROIETTI #090362
ALLEN, PROIETTI & FAGALDE, LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CALIFORNIA 95344-0184
(209) 723-4372
(209) 723-7397

Attorneys for Plaintiff/Petitioner Sheila Irene Callahan

FILED
MERCED COUNTY

06 OCT -4 AM 10: 25

CLERK OF THE SUPERIOR COURT
RUTH GALLAGHER
BY_____
DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MERCED

SHEILA IRENE CALLAHAN as Guardian ad Litem of JOHN ROE, a minor

Plaintiffs

vs.

GUSTINE UNIFIED SCHOOL DISTRICT,

Defendants.

NO.: 149776

PETITION TO PROTECT CONFIDENTIALITY OF MINOR AND ORDER

Petitioner, SHEILA IRENE CALLAHAN, petitions as follows:

I am the birth parent for minor referred to herein as "JOHN ROE", born October 10, 1991. "John" is the victim of sexual abuse for which charges are pending in the Juvenile Division of the Madera County Superior Court. It is my intention to file a Civil Action on behalf of my son, and I request this Order prohibiting the disclosure of my son's true and correct name in any pleading or declaration in this action to protect my son from further trauma and embarrassment (see Family Code Section 3429(a); *Kristine H. vs. Lisa R.* (2005) 37 Cal.4th 156, 160, Fn. 1; and *Burkle vs. Burkle* (2006) 135 C.A. 4th 1045, 1059).

Dated: 10-3-06        ALLEN, PROIETTI & FAGALDE, LLP

By_____
DONALD J. PROIETTI

LAW OFFICES OF
ALLEN PROIETTI & FAGALDE LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372

-1-

I, SHEILA IRENE CALLAHAN, declare:

I am the Petitioner in the above-entitled action. I have read the foregoing **PETITION TO PROTECT CONFIDENTIALITY OF MINOR AND ORDER** and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: OCT 3rd at Madera, California

_____
SHEILA IRENE CALLAHAN

## ORDER

**IT IS SO ORDERED**, that the name of the minor referred to as JOHN ROE in the Civil action to be filed by Sheila Irene Callahan may not be disclosed in any pleading or declaration related to this Civil Action and shall remain confidential for all purposes and shall not be disclosed by any party or their Attorney or Representative without good cause and further order of this Court.

Dated: OCT 04 2006

RONALD W. HANSEN
_____
JUDGE OF THE MERCED COUNTY
SUPERIOR COURT

LAW OFFICES OF
ALLEN, PROIETTI
& FAGALDE LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372