982(a)(27)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Donald J. Proietti, SBN 090362<br>ALLEN, PROIETTI & FAGALDE, LLP<br>P.O. Box 2184<br>1640 N Street, Suite 200<br>Merced, CA 95344<br>TELEPHONE NO.: (209) 723-4372  FAX NO. *(Optional)*: (209) 723-7399<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FILED<br>MERCED COUNTY<br>06 OCT -4 AM 11:30<br>CLERK OF THE SUPERIOR COURT<br>RUTH GALLAGHER<br>BY_____ DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** MERCED
STREET ADDRESS: 627 W. 21st Street
MAILING ADDRESS: 2222 M Street
CITY AND ZIP CODE: Merced, CA 95340
BRANCH NAME: UNLIMITED

PLAINTIFF/PETITIONER: SHEILA IRENE CALLAHAN as Guardian ad Litem of JOHN ROE, a minor
DEFENDANT/RESPONDENT: GUSTINE UNIFIED SCHOOL DISTRICT

| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM — CIVIL<br>[x] EX PARTE | CASE NUMBER:<br>149776 |
|---|---|

**Note:** This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual may not act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant *(name)*: SHEILA IRENE CALLAHAN                         is
   a. [X] the parent of *(name)*: "JOHN ROE" (confidential)
   b. [ ] the guardian of *(name)*:
   c. [ ] the conservator of *(name)*:
   d. [ ] a party to the suit.
   e. [ ] the minor to be represented *(if the minor is 14 years of age or older)*.
   f. [ ] another interested person *(specify capacity)*:

2. This application seeks the appointment of the following person as guardian ad litem *(state name, address, and telephone number)*:
   SHEILA IRENE CALLAHAN   (623) 776-6689
   3438 South Pine Tree Lane
   Prescott, AZ  86303

3. The guardian ad litem is to represent the interests of the following person *(state name, address, and telephone number)*:
   JOHN ROE, c/o Sheila Irene Callahan
   3438 South Pine Tree Lane
   Prescott, AZ  86303

4. The person to be represented is:
   a. [x] a minor *(date of birth)*: October 10, 1991
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [x] the person named in item 3 has a cause or causes of action on which suit should be brought *(describe)*:
   For severe physical and emotional injuries sustained by said minor occurring in Madera County, California on or about July 13-15, 2006, in which Defendant and others to be named were negligent and otherwise legally responsible for acts, including but not limited to, assault, battery, sexual abuse and failure to properly supervise.

   [ ] Continued on Attachment 5a.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>982(a)(27) [Rev. January 1, 2004] | APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM — CIVIL | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 372 et seq. |

| PLAINTIFF/PETITIONER: SHEILA IRENE CALLAHAN as Guardian ad Litem of JOHN ROE, a minor | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GUSTINE UNIFIED SCHOOL DISTRICT | |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. ☒ the person named in item 3 has no guardian or conservator of his or her estate.

d. ☒ the appointment of a guardian ad litem is necessary for the following reasons (specify): To file a Government Tort Claim and/or bring a cause of action in the Madera County Superior Court for injuries described in 5a and to protect the identity of minor.

☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☒ related (state relationship): Mother
   b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

☐ Continued on Attachment 7.

Donald J. Proietti, SBN 090362
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 2, 2006

SHEILA IRENE CALLAHAN
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF APPLICANT)

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.

Date:

JOHN ROE
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

**ORDER**   ☒ **EX PARTE**

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): SHEILA CALLAHAN
is hereby appointed as the guardian ad litem for (name): JOHN ROE
for the reasons set forth in item 5 of the application.

Date: OCT 0 4 2006

RONALD W. HANSEN
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

982(a)(27) [Rev. January 1, 2004]   **APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM — CIVIL**   Page 2 of 2