1  DONALD J. PROIETTI, SBN 90362
   KIMBERLY L. FLORES, 227131
2  **ALLEN, PROIETTI &**
   **FAGALDE, LLP**
3  1640 "N" STREET, SUITE 200
   POST OFFICE BOX 2184
4  MERCED, CALIFORNIA 95344-0184
   (209) 723-4372
5  (209) 723-7397

6  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   **JOHN ROE, a minor, by and through his**        **NO.:      1:07-CV-00796-0WW-DLB**
10 **Guardian Ad Litem, SHEILIA IRENE**
   **CALLAHAN,**
11                                                   **FIRST INFORMATIONAL ORDER**
                        **Plaintiffs**
12
          **vs.**
13
   **GUSTINE UNIFIED SCHOOL DISTRICT;**
14 **GOLDEN VALLEY UNIFIED SCHOOL**
   **DISTRICT; KYLE MATTHEW FISCHER,**
15 **aka KYLE SIMMONS, a minor; MICHAEL**
   **FISCHER, aka MICHAEL SIMMONS, a**
16 **minor; KELLY SIMMONS; JASON**
   **SIMMONS; MATTHEW MCKIMMIE, a**
17 **minor; MYRNA TYNDAL; TOMMY SAN**
   **FELIPPO, a minor; FRANK HUDSON;**
18 **BETTY HUDSON; CARL SCUDDER;**
   **JASON SPAULDING; ANTHONY SOUZA;**
19 **ADAM CANO; TIMOTHY HAYES;**
   **KULJEET MANN; CHRIS**
20 **IMPERATRICE, AND DOES 1-50**

21                      **Defendants.**

22 **And Related Cross Actions.**

23

24       Defendants MATTHEW MCKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN

25 FELIPPO, a minor; FRANK HUDSON; and  BETTY HUDSON are proceeding pro se in this

26 civil action pursuant to State and Federal claims.  In defending this action, the parties must

27 comply with the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the Local Rules of the

28
                                                  -1-

ALLEN, PROIETTI
& FAGALDE
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372

PDF created with pdfFactory trial version www.pdffactory.com

United States District Court, Eastern District of California (Local Rules).  This order highlights specific rules of which the parties should take particular note.  <u>FAILURE TO COMPLY WITH THE FEDERAL RULES, LOCAL RULES, OR A COURT ORDER, INCLUDING THIS ORDER, WILL BE GROUNDS FOR APPROPRIATE SANCTIONS, UP TO AND INCLUDING ENTRY OF DEFAULT JUDGMENT.</u>  Local Rule 11-110; Fed. R. Civ. P. 41 (b).

1.  Documents intended to be filed with the court by pro se litigants must be mailed to the Clerk of the Court.  Local Rule 5-133(d)(1).  <u>All documents improperly mailed to a judge's chambers will be stricken from the record.</u>[1]  A document requesting a court order must be styled as a motion, not a letter.  Fed. R. Civ. P. 7.

2.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 7-131; Fed. R. Civ. P. 11(a).  <u>All documents submitted without the required signature(s) will be stricken.</u>  Each separate document must be bound separately at the top left corner.  Local Rule 7-130(b).  If a document is bound behind another document, it will not be filed and will not enter the court docket.

3.  You are not required to send this court copies of your documents submitted for filing.  Local Rule 5-133(d)(2).  If the filing party wishes the court to return a file-stamped copy, he or she must include one copy for that purpose AND a pre-addressed postage paid envelope.  <u>The court cannot provide copy or mailing service for a party,</u> even for an indigent plaintiff proceeding in forma pauperis.  Copies of documents from the court file may be obtained at the cost of fifty cents per page.

4.  After defendants have appeared in an action by filing a response to the complaint (i.e., an answer, a motion to dismiss, or a motion for summary judgment), all documents filed with the court must include a certificate of service stating that a copy of the document was served on the

---

[1] When a document is stricken, it becomes a nullity and is not considered by the court for any purpose.

ALLEN, PROIETTI
& FAGALDE
1640 "N" Street, Suite 200
Post Office Box 2184
Merced, CA 95344-0184
(209) 723-4372

PDF created with pdfFactory trial version www.pdffactory.com

opposing party.  Fed. R. Civ. P. 5; Local Rule 5-135.  <u>A document submitted without the required proof of service will be stricken.</u>  Where a party is represented, service on the party's attorney of record constitutes effective service.

5.  All filings must bear the file number assigned to the action, followed by the initials of the District Court Judge and the Magistrate Judge to whom the case is assigned and the letters "PC."  <u>Documents submitted listing more than one case number in the caption will be stricken.</u>

6.  The court cannot serve as a repository for the parties' evidence (i.e., Law Enforcement Reports or medical records, witness affidavits, etc.).  The parties may not file evidence with the court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).  <u>Evidence improperly submitted to the court will be stricken.</u>

7.  The Eastern District of California converted to an electronic filing, service, and storage system, effective January 3, 2005.  Pro se litigants are exempt from the electronic filing requirement and must submit all documents to the court in paper.  Local Rule 5-133(b)(2).  Paper documents submitted by pro se litigants for filing will be scanned into the electronic court file by the Clerk's Office.  After being scanned in to the electronic court file, the paper documents will be retained in the Clerk's Office for a limited period of time and then discarded.  Local Rul 39-138(d). For this reason, pro se litigants are cautioned not to send original exhibits to the court. When it is appropriate for pro se litigants to submit to the court (see paragraph 6), the litigants shall retain their original exhibits and send photocopies to the court.

8.  After an answer is filed, the court will issue an order opening discovery, and setting the deadlines for completing discovery, amending the pleadings, and filing pre-trial dispositive motions.  <u>No discovery may be conducted without court permission until an answer is filed and the court issues the discovery order.</u>  Discovery propounded on a party is self-executing, and must

-3-

be served directly on the party from whom discovery is sought; parties should not file copies of their discovery with the court.  Local Rules 33-250, 34-250, 36-250.  <u>Discovery documents inappropriately submitted to the court will be stricken.</u>  Where the response to discovery is unsatisfactory, the party seeking discovery may file a motion to compel discovery , including a copy of the discovery propounded and the response thereto.  Fed. R. Civ. P.37.  A motion to compel must be accompanied by "a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure without court action."  Fed. R. Civ. P. 37(a)(2)(A).  <u>A discovery motion that does not comply with all applicable rules will be stricken and may result in imposition of sanctions.</u>

9.  The parties are referred to Local Rule 78-230(m) for the briefing schedule on motions.

10.  All court deadlines will be strictly enforced.  Requests for time extensions must state the reason the extension is needed and must be filed with the court before the deadline in question.  Local Rule 6-144.

11.  A pro se defendant has an affirmative duty to keep the court and opposing parties appraised of his or her address.  Local Rule 83-182(f).  If a defendant moves and fails to file a notice of change of address, service of court orders at defendant's prior address shall constitute effective notice.  <u>Id.</u>  If mail directed to defendant is returned by the U.S. Postal Service as undeliverable, the court will not attempt to re-mail it.  <u>If the address is not updated within sixty days of the mail being returned Judgment by Default may be entered.</u>  Local Rule 83-183(a).


DATED:  OCTOBER 18, 2007              /s/ OLIVER W. WANGER

                                                          JUDGE OLIVER W. WANGER



LAW OFFICES OF
ALLEN, PROIETTI
& FAGALDE LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372

JOINT SCHEDULING CONFERENCE STATEMENT
CASE NO. **1:07-CV-00796-OWW-DLB**

PDF created with pdfFactory trial version www.pdffactory.com