**JAMES F. McBREARTY, ESQ., #143117**
**TUTTLE & McCLOSKEY**
**A PROFESSIONAL CORPORATION**
**750 E. Bullard, Suite 101**
**Fresno, California 93710**
**Telephone: (559) 437-1770**
**Facsimile: (559) 437-0150**

Attorney for Defendant and Cross-Defendant, Carl Scudder

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN ROE, a minor, by and through his Guardian ad Litem, SHEILA IRENE CALLAHAN, <br><br> Plaintiffs, <br><br> vs. <br><br> GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor, MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW McKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIPO, a minor; FRANK HUDSON; BETTY HUDSON, CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO, TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, and DOES 1-200, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No.: 1:07-CV-00796-OWW-DLB <br><br> **ORDER REGARDING FILING OF FIRST AMENDED ANSWER BY DEFENDANT, CARL SCUDDER** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Carl Scudder may file a First Amended Answer to the Complaint on file herein, adding paragraphs 106 and 107.

**IT IS SO ORDERED.**

**Dated:  May 4, 2009**               /s/ Dennis L. Beck
                                          **UNITED STATES MAGISTRATE JUDGE**

ORDER REGARDING FILING FIRST AMENDED ANSWER