Mart B. Oller IV, # 149186
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
Gustine Unified School District

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| JOHN ROE, a minor, by and through his Guardian ad Litem, SHEILA IRENE CALLAHAN,<br><br>Plaintiff,<br><br>v.<br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMONS; JASON SIMMONS; MATTHEW McKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIP, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, AND DOES 1-200,<br><br>Defendants. | Case No. 1:07-CV-00796-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY AND TRIAL DATE** |

Pursuant to the local rules of United States District Court of the Eastern District of California, Rule 83-143, Plaintiff JOHN ROE, a minor, by and through his Guardian ad Litem, SHEILA IRENE CALLAHAN and Defendants GUSTINE UNIFIED SCHOOL DISTRICT, JASON SPAULDING, ANTHONY SOUZA, ADAM CANO, GOLDEN VALLEY UNIFIED

49912/00048-1381569.v1

SCHOOL DISTRICT, KULJEEP MANN, CHRIS IMPERATRICE, and CARL SCHUDDER ("Defendants"), through their counsel of record,

STIPULATE AND AGREE AS FOLLOWS:

1. On October 3, 2007 the Court entered a Scheduling Conference Order (Document No. 65), which was later amended on August 19, 2008 (Document No. 87), such that the following deadlines in this matter were established:

Discovery Deadline (non-expert): June 12, 2009

Expert Disclosure Deadline: May 11, 2009

Discovery Deadline (Expert): June 12, 2009

Non-Dispositive Motion Filing Deadline: February 20, 2009

Dispositive Motion Filing Deadline: March 9, 2009

Pre-trial Conference: May 18, 2009

Trial Date: July 14, 2009

2. The parties have worked together in a cooperative manner in conducting discovery in this matter. Depositions of IMPERATRICE, MANN and HAYES were taken in June and July 2008. The deposition of Plaintiff ROE and his Guardian and mother SHIELA CALLAHAN were taken in November 2008 in Arizona. It was agreed after the deposition of the Plaintiff that a mediation should be pursued. The above-named stipulating parties attended a Mediation on March 10, 2009. While significant progress was made, the matter was not resolved at mediation. In order to maximize the potential for resolution in an efficient manner as possible, the parties have agreed to extend the applicable hearing and discovery deadlines and continue the trial as set forth in greater detail below.

3. The agreed to plan is for the Defendants to have dispositive motions on file by April 30, 2009, with the motions to be heard on June 30, 2009. The parties have agreed to limit their discovery prior to the hearing on the dispositive motions to that necessary in order to support or oppose said motions. After the dispositive motions are heard, discovery will remain open as set forth below. It is believed that the individual Defendants who are not named above do not have insurance coverage available to cover any judgment in this matter, and said Defendants have

not participated in discovery to date, nor did they participate in the mediation on March 10, 2009.

4. The parties hereto believe that the interests of judicial economy and the interests of justice will best be served by the requested brief continuance. Accordingly, in an effort to accomplish same, the parties stipulate and request that the current trial date and deadlines be extended as follows:

| | |
|---|---|
| Discovery Deadline (Non-expert): | October 2, 2009 |
| Expert Disclosure Deadline: | August 28, 2009 |
| Rebuttal or Supplemental Expert Disclosure Deadline: | September 22, 2009 |
| Discovery Deadline (Expert): | October 1, 2009 |
| Non-Dispositive Motion Filing Deadline: | September 2, 2009 |
| Dispositive Motion Filing Deadline: | April 30, 2009 |
| Pre-trial Conference Date: | October 5, 2009 |
| Trial Date: | November 3, 2009 |

Dated: May 5, 2009

ALLEN & FAGALDE, ALBERTONI & FLORES

By: /s/ Michael P. Pagnozzi
Michael P. Pagnozzi
Attorneys for Plaintiff JOHN ROE by and through His Guardian ad Litem, SHEILA CALLAHAN

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

49912/00048-1381569.v1

3

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND TRIAL DATE

Dated: April 15, 2009

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

By:     /s/ Mart B. Oller IV
      Mart B. Oller IV
    Attorneys for Defendant
  GUSTINE UNIFIED SCHOOL
  DISTRICT, JASON SPAULDING,
  ANTHONY SOUZA, ADAM CANO

Dated: April 13, 2009

        AUCHARD & STEWART

By:     /s/ Paul Auchard
      Paul Auchard
  Attorneys for GOLDEN VALLEY
  UNIFIED SCHOOL DISTRICT,
  KULJEET MANN. CHRIS
  IMPERATRICE

Dated: May 5, 2009

        TUTTLE & McCLOSKEY

By:     s/s James McBrearty
    James McBrearty
  Attorneys for CARL SCUDDER

Dated: April ____, 2009     By: _____
          KYLE MATTHEW FISHER, aka
          KYLE SIMMONS, Pro Se

Dated: April ____, 2009     By: _____
          MICHAEL FISHER aka MICHAEL
          SIMMONS, Pro Se

Dated: April ____, 2009     By: _____
          JASON SIMMONS, Pro Se

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

49912/00048-1381569.v1

4

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND TRIAL DATE

| | |
|---|---|
| Dated: April ____, 2009 | By: _____<br>KELLY SIMMONS, Pro Se |
| Dated: April ____, 2009 | By: _____<br>MATTHEW McKIMMIE, Pro Se |
| Dated: April ____, 2009 | By: _____<br>MYRNA TYNDALL, Pro Se |
| Dated: April ____, 2009 | By: _____<br>TOMMY SAN FELIPPO, Pro Se |
| Dated: April ____, 2009 | By: _____<br>BETTY HUDSON, Pro Se |
| Dated: April ____, 2009 | By: _____<br>FRANK HUDSON, Pro Se |

**NO FURTHER CONTINUANCES TO BE GRANTED.**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: 5/4/2009         /s/ OLIVER W. WANGER
                        The Honorable Oliver W. Wanger
                        United States District Court
                        Eastern District of California

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

49912/00048-1381569.v1                5

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND TRIAL DATE