| | |
|---|---|
| 1  Mart B. Oller IV, # 149186<br>   McCormick, Barstow, Sheppard,<br>2  Wayte & Carruth LLP<br>   5 River Park Place East<br>3  Fresno, CA 93720<br>   Telephone:   (559) 433-1300<br>4  Facsimile:    (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY)<br><br>**FILED**<br><br>JUL 15 2009<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>           DEPUTY CLERK |

5  Attorneys for Defendant
   Gustine Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JOHN ROE, a minor, by and through his Guardian ad Litem, SHEILA IRENE CALLAHAN,<br><br>            Plaintiff,<br><br>    v.<br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMONS; JASON SIMMONS; MATTHEW McKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIP, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, AND DOES 1-200,<br><br>            Defendants. | Case No. 1:07-CV-00796-OWW-DLB<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF MOTIONS FOR SUMMARY JUDGMENT HEARING** |

**STIPULATION**

Defendant GUSTINE UNIFIED SCHOOL DISTRICT and Defendant CARL SCUDDER

49912/00048-1420000.v1

each have filed motions for summary judgment, which are currently scheduled to be heard on August 3, 2009 at 10:00 a.m. in Courtroom 3. Based on a conflict in the calendar of counsel for GUSTINE UNIFIED SCHOOL DISTRICT, the moving parties, and counsel for the opposing party John Roe, have agreed to a brief continuance of the hearing to August 10, 2009 at 10:00 a.m. in Courtroom 3. Counsel for GUSTINE UNIFIED has been advised by the clerk for Courtroom 3 that the court's calendar for August 10, 2009 can accommodate said continuance. It is further stipulated that the deadlines for filing the opposition and replies will be governed by the new hearing date of August 10, 2009.

Dated: July 10, 2009

                        ALLEN & FAGALDE, ALBERTONI & FLORES

                        By: _____/s/ Kimberly Flores_____
                                Kimberly Flores
                        Attorneys for Plaintiff JOHN ROE by and through His Guardian ad Litem, SHEILA CALLAHAN

Dated: July 10, 2009

                        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                        By: _____/s/ Mart B. Oller IV_____
                                Mart B. Oller IV
                        Attorneys for Defendant GUSTINE UNIFIED SCHOOL DISTRICT, JASON SPAULDING, ANTHONY SOUZA, ADAM CANO

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

49912/00048-1420000.v1                    2
STIPULATION AND ORDER RE CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT HEARING

Dated: July 10, 2009

                                                    TUTTLE & McCLOSKEY

By:      /s/ James McBrearty    
            James McBrearty
      Attorneys for CARL SCUDDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: 7-13-09

_/s/ Oliver W. Wanger_
The Honorable Oliver W. Wanger
United States District Court
Eastern District of California

49912/00048-1420000.v1

3

STIPULATION AND ORDER RE CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT HEARING

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354