1  **AUCHARD & STEWART**
A PROFESSIONAL CORPORATION
2  ATTORNEYS AT LAW
2377 W. SHAW, SUITE 106
3  FRESNO, CALIFORNIA 93711-3438
TELEPHONE (559) 432-0991
4  FAX (559) 432-1025

5  Paul Auchard

6  Attorneys for Defendants, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ROE, minor, by and through his Guardian Ad Litem, SHEILA IRENE CALLAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW McKIMMIE a minor; MYRNA TYNDAL; TOMMY SAN FELIPO, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, AND DOES 1-200,<br><br>Defendants. | CASE NUMBER:<br><br>**1:07-CV-00796-OWW-DLB**<br><br><br>**THIRD AMENDED STIPULATION AND ORDER TO CONTINUE DISCOVERY AND TRIAL DATES** |

Pursuant to the local rules of United States District Court of the Eastern District of California, Rule 83-143, Plaintiff, JOHN ROE, a minor, by and through his Guardian ad Litem, SHEILA IRENE CALLAHAN, and Defendants, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE, GUSTINE UNIFIED SCHOOL DISTRICT, JASON SPAULDING, ANTHONY SOUZA, ADAM CANO, and CARL SCUDDER, ("Defendants") through their counsel of record,

///

**STIPULATE AND AGREE AS FOLLOWS**:

1.      On October 11, 2007 the Court entered a Scheduling Conference Order, which was later amended on August 19, 2008, and May 4, 2009, such that the following dates and deadlines in this matter are now in effect:

Discovery Deadline (non-expert):   October 2, 2009

Expert Disclosure Deadline: August 28, 2009

Discovery Deadline (Expert): October 1, 2009

Non-Dispositive Motion Filing Deadline: September 2, 2009

Dispositive Motion Filing Deadline: April 30, 2009

Pre-trial Conference: October 5, 2009

Trial Date: November 3, 2009

2.      The parties have worked together in a cooperative manner in conducting discovery in this matter. Depositions of IMPERATRICE, MANN and HAYES were taken in June and July 2008. The deposition of Plaintiff ROE and his Guardian and mother SHIELA CALLAHAN were taken in November 2008 in Arizona. It was agreed after the deposition of the Plaintiff that a mediation should be pursued. The above-named stipulating parties attended a Mediation on March 10, 2009. While significant progress was made, the matter was not resolved at mediation. At and after the mediation counsel for the above-named stipulating parties discussed that GUSTINE UNIFIED SCHOOL DISTRICT and CARL SCUDDER would be filing motions for summary judgment and agreed those motions would be filed by April 30, 2009, with the motions to be heard on June 30, 2009. The parties agreed to limit their discovery prior to the hearing on the dispositive motions to that necessary to support or oppose said motions. Accordingly, the motions for summary judgment were filed on April 30, 2009, and the only discovery conducted after the mediation has been the depositions of ADAM CANO and CARL SCUDDER, both coaches employed by GUSTINE UNIFIED SCHOOL DISTRICT at the time of the incident which is the subject of this suit, which depositions were taken by Plaintiff on June 23, 2009.

3.      Prior to the deposition of defendant, Carl Scudder, on June 23, 2009, defendant, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, had produced in its Rule 26 disclosure a form

of liability waivers to be signed by parents/students attending the football camp at issue in this case, but despite other discovery performed, there was no evidence prior to the deposition of Carl Scudder that plaintiff, John Roe, or his parents had signed such a liability waiver form. At the time of the deposition of defendant Carl Scudder on June 23, 2009, his counsel advised that it had just come to his attention that Mr. Scudder had, after leaving Gustine High as a teacher/coach, taken certain liability waiver forms with him and had been keeping those documents at his residence. On June 23, 2009, counsel for Carl Scudder for the first time produced a liability waiver form which was, in fact, signed by the parent of Plaintiff, John Roe. At that time counsel for Golden Valley Unified School District (of which Liberty High School is a part) advised all counsel that he would seeking to amend his answer to raise the liability waiver form as an affirmative defense and would seek relief extending the date for filing dispositive motions to allow Golden Valley Unified School District and its employees to file a motion for summary judgment based on this affirmative defense.  The parties agreed that Golden Valley Unified School District and its employees should be allowed to amend its answer to raise the liability waiver as an affirmative defense and further agreed that, as set forth below, the date for filing dispositive motions should be extended and reset to allow Golden Valley Unified School District and its employees to file a motion for summary judgment

3.    When the motions for summary judgment were filed on April 30, 2009, the hearing date was set for July 20, 2009. That date was continued by the court and the matter is now set for hearing on August 10, 2009.  As set forth above, the present discovery deadline (Non-expert) is set for October 2, 2009.  The parties believe that the present schedule does not allow adequate time for discovery. In discussions among counsel there was a general consensus that, in addition to any other discovery which may be needed, as many as 30 additional depositions may need to be taken after the court rules on the summary judgment motion and this discovery cannot be accomplished under the present schedule.  Defendants believe that the discovery cutoff, trial and other pretrial dates should be continued as set forth below to allow for such discovery.

4   It is believed that the unrepresented, individual Defendants who are not named above do not have insurance coverage available to cover any judgment in this matter, and said unrepresented, individual Defendants have not attended any depositions, propounded any discovery

*Third Amended Stipulation and Order to Continue Discovery and Trial Date*     *Case No. 1:07-CV-00796-OWW- DLB*
3

or otherwise participated in discovery to date, nor did they participate in the mediation on March 10, 2009.

4. The parties hereto believe that the interests of judicial economy and the interests of justice will best be served by the requested continuance of the trial and related dates as set forth below. Accordingly, in an effort to accomplish same, the parties stipulate and request that the discovery deadlines be extended to the following dates, unless different dates are agreed to by the parties in writing, and the motion, pretrial and trial dates be continued as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | September 27, 2009 |
| Rebuttal or Supplemental Expert Disclosure Deadline: | October 27, 2009 |
| Discovery Deadline (Expert and non-expert): | November 27, 2009 |
| Non-Dispositive Motion Filing Deadline: | November 11, 2009 (To be heard by court with motions in limine.) |
| Dispositive Motion Filing Deadline: | October 12, 2009 |
| (GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN and CHRIS IMPERATRICE, on liability waiver issue, only) | |
| Pre-trial Conference Date:    12:00 noon | December 18, 2009 |
| Trial Date:    9:00 a.m. | January 20, 2010 |

5. The parties further agree and stipulate that GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN and CHRIS IMPERATRICE may amend their answer to include an additional affirmative defense based on the liability waiver form referred to above.

DATED: September 9, 2009.   AUCHARD & STEWART

By  / s /  Paul Auchard
Paul Auchard
Attorneys for Defendant, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE

///

| | |
|---|---|
| DATED: September 9, 2009. | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By    /s/ Mart B. Oller IV
　　　Mart B. Oller IV
　　　Attorneys for Defendants, GUSTINE UNIFIED SCHOOL DISTRICT, JASON SPAULDING, ANTHONY SOUZA and ADAM CANO

DATED: September 9, 2009.　　　TUTTLE & McCLOSKEY

By    /s/   James McBrearty
　　　James McBrearty
　　　Attorneys for CARL SCUDDER

DATED: September 9, 2009.　ALLEN & FAGALDE, ALBERTONI & FLORES

By    /s/ Kimberly Flores
　　　Kimberly Flores
　　　Attorneys for Plaintiff, JOHN ROE, by and through his Guardian ad Litem, SHEILA CALLAHAN

DATED: September 9, 2009. By_____
　　　KYLE MATTHEW FISHER, aka
　　　KYLE SIMMONS, Pro Se

DATED: September 9, 2009. By_____
　　　MICHAEL FISHER, aka
　　　　MICHAEL SIMMONS, Pro Se

DATED: September 9, 2009. By_____
　　　JASON SIMMONS, Pro Se

DATED: September 9, 2009. By_____
　　　KELLY SIMMONS, Pro Se

DATED: September 9, 2009. By_____
　　　MATTHEW McKIMMIE, Pro Se

DATED: September 9, 2009. By_____
　　　MYRNA TYNDAL, Pro Se

DATED: September 9, 2009. By_____
　　　TOMMY SAN FELIPPO, Pro Se

1  DATED: September 9, 2009.  By_____
2                                           BETTY HUDSON, Pro Se

3  DATED: September 9, 2009.  By_____
                                            FRANK HUDSON, Pro Se

IT IS SO ORDERED.

**Dated:   September 11, 2009**                    **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE