LAW OFFICES OF
ALLEN FAGALDE
ALBERTONI & FLORES LLP

KIMBERLY G. FLORES SBN #227131
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CALIFORNIA 95344-0184
(209) 723-4372
(209) 723-7397

Attorneys for Plaintiff, John Roe, by and through
His Guardian Ad Litem, Sheilia Irene Callahan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE, a minor, by and through his Guardian Ad Litem, SHEILIA IRENE CALLAHAN,<br><br>Plaintiffs<br><br>vs.<br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW MCKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIPPO, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEET MANN; CHRIS IMPERATRICE, AND DOES 1-50<br><br>Defendants.<br><br>And Related Cross Actions. | NO.:   1:07-CV-00796-0WW-SMS<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL ATTENDANCE AT DEPOSITION AND REQUEST FOR SANCTIONS<br><br>Date:   November 24, 2009<br>Time:   10:30 a.m.<br>Ctrm:   3<br><br>Judge:  Honorable Oliver W. Wanger |

Upon consideration of Plaintiff, JOHN ROE, a minor, by and through his Guardian Ad Litem, SHEILIA IRENE CALLAHAN'S Motion to Compel Attendance at Deposition and Request for Monetary Sanctions, the pleadings in support of, oral arguments, and good cause appearing, Plaintiff's Motion to Compel Defendant MATTHEW McKIMMIE'S to appear for deposition and request for sanctions is **GRANTED**.

**IT IS HEREBY ORDERED:**

1. That Defendant, MATTHEW MCKIMMIE appear for and submit to a meaningful deposition in this matter on 12-3-09 at 9 a.m./~~p.m.~~ at 1640 "N" Street, Suite 200, Merced, California; and

2. That sanctions in the amount of $1,630.00 are awarded in favor of Plaintiff and against Defendant, MATTHEW MCKIMMIE. Said sanctions shall be due and payable to Plaintiff immediately.

Dated: November 24, 2009

_____
HONORABLE OLIVER W. WANGER