**AUCHARD & STEWART**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2377 W. SHAW, SUITE 106
FRESNO, CALIFORNIA 93711-3438
TELEPHONE (559) 432-0991
FAX (559) 432-1025

Paul Auchard

Attorneys for Defendants, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ROE, minor, by and through his Guardian Ad Litem, SHEILA IRENE CALLAHAN, <br><br>Plaintiff, <br><br>vs. <br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW McKIMMIE a minor; MYRNA TYNDAL; TOMMY SAN FELIPO, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, AND DOES 1-200, <br><br>Defendants. <br><br>AND RELATED CROSS-ACTIONS. | **CASE NUMBER:** <br><br>**1:07-CV-00796-OWW-DLB** <br><br>**ORDER SHORTENING TIME FOR HEARING OF MOTION DETERMINING GOOD FAITH SETTLEMENT AND DISMISSING IMPLIED INDEMNITY CROSS-CLAIMS** <br><br>**DATE: DECEMBER 30, 2009** <br>**TIME: 1:00 P.M.** <br>**COURTROOM: 3** |

Upon reading the Application and Declaration for Order Shortening Time to hear Motion Determining Good Faith Settlement, and good cause appearing;

IT IS HEREBY ORDERED, that the time for hearing the Motion Determining Good Faith Settlement is shortened such that service of the motion electronically and by overnight mail on December 28, 2009, shall be sufficient notice of the hearing, which hearing is scheduled for December 30, 2009 at 1:00 p.m. in

1 | Courtroom 3 of the above Court.

IT IS SO ORDERED.

**Dated:   December 23, 2009**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE