1 | **AUCHARD & STEWART**
A PROFESSIONAL CORPORATION
2 | ATTORNEYS AT LAW
2377 W. SHAW, SUITE 106
3 | FRESNO, CALIFORNIA 93711-3438
TELEPHONE (559) 432-0991
4 | FAX (559) 432-1025

5 Paul Auchard

6 Attorneys for Defendants, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ROE, minor, by and through his Guardian Ad Litem, SHEILA IRENE CALLAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW McKIMMIE a minor; MYRNA TYNDAL; TOMMY SAN FELIPO, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, AND DOES 1-200,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NUMBER:<br><br>**1:07-CV-00796-OWW-DLB**<br><br>ORDER GRANTING MOTION DETERMINING GOOD FAITH SETTLEMENT AND DISMISSING IMPLIED INDEMNITY CROSS-CLAIMS<br><br>DATE: DECEMBER 30, 2009<br>TIME: 1:00 P.M.<br>COURTROOM: 3 |

The above matter came on for hearing on December 30, 2010, in the above court, on the motion of defendants and cross-defendants GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE for an order determining that their settlement with plaintiff is a good faith settlement pursuant to Code of Civil Procedure §877.6 and for an order dismissing all cross-claims for implied indemnity.

Upon consideration of all pleadings filed, the declaration of Paul Auchard in support of the motion, and good cause appearing:

**IT IS ORDERED** that the motion is granted, that the settlement is determined to be a good faith settlement pursuant to Code of Civil Procedure section 877.6, and that the cross-claims filed by cross-complainants 1) Gustine Unified School District, Jason Spalding, Anthony Souza and Adam Cano; 2) Carl Scudder; and 3) Kyle Simmons, Michael Simmons, Jason Simmons and Kelly Simmons, for implied indemnity shall be, and hereby are, dismissed.

DATED: December 30, 2009.

/s/ OLIVER W. WANGER
United States Senior District Court Judge