1  **AUCHARD & STEWART**
   A PROFESSIONAL CORPORATION
2  ATTORNEYS AT LAW
   2377 W. SHAW, SUITE 106
3  FRESNO, CALIFORNIA 93711-3438
   TELEPHONE (559) 432-0991
4  FAX (559) 432-1025

5  Paul Auchard

6  Attorneys for Defendants, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JOHN ROE, minor, by and through his Guardian Ad Litem, SHEILA IRENE CALLAHAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW McKIMMIE a minor; MYRNA TYNDAL; TOMMY SAN FELIPO, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, AND DOES 1-200,<br><br>            Defendants. | **CASE NUMBER:**<br><br>**1:07-CV-00796-OWW-DLB**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

    IT IS HEREBY STIPULATED, by and between Kimberly Gail Flores, for Plaintiff, JOHN ROE, MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, SHEILA IRENE CALLAHAN, and Defendants, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE, that the above action be and hereby is dismissed with prejudice, as to Defendants, GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE, only, pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2).

1  Each party will bear its own costs and attorney fees.

2  DATED: January 7, 2010.    Allen, Fagalde, Albertoni & Flores

3

4                                   By    /s/  KIMBERLY GAIL FLORES
                                          KIMBERLY GAIL FLORES
5                                         Attorneys for Plaintiff, JOHN ROE, minor, by and through his
                                          Guardian Ad Litem, SHEILA IRENE CALLAHAN
6

7  DATED: January 19, 2010.    Auchard & Stewart

8

9                                   By    /s/ PAUL AUCHARD
                                          PAUL AUCHARD
10                                        Attorneys for Defendants, GOLDEN VALLEY UNIFIED
                                          SCHOOL DISTRICT, TIMOTHY HAYES, KULJEET MANN
11                                        AND CHRIS IMPERATRICE

12                                  **ORDER**

13  Upon reading the stipulation, and good cause appearing:

14  **IT IS ORDERED** that the action is dismissed as to GOLDEN VALLEY UNIFIED SCHOOL

15  DISTRICT, TIMOTHY HAYES, KULJEET MANN AND CHRIS IMPERATRICE in accordance with the

16  stipulation.

21                          IT IS SO ORDERED.

22  **Dated:   January 19, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE