LAW OFFICES OF
ALLEN FAGALDE
ALBERTONI & FLORES LLP
KIMBERLY G. FLORES SBN #227131
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CALIFORNIA 95344-0184
(209) 723-4372
(209) 723-7397

ATTORNEYS FOR PLAINTIFF, JOHN ROE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE, a minor, by and through his Guardian Ad Litem, SHEILA IRENE CALLAHAN,<br><br>**Plaintiffs**<br><br>vs.<br><br>**KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW MCKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIPPO, a minor; FRANK HUDSON; BETTY HUDSON;**<br><br>**Defendants.**<br><br>**And Related Cross Actions.** | NO.:    1:07-CV-00796-OWW-DLB<br><br><br><br>**ORDER On Motion to Dismiss** |

Upon reading Plaintiff's Motion for Dismissal without prejudice, Memorandum of Points & Authorities in Support thereof and for good cause appearing as the matter having been heard in open court, no opposition having been filed.

-1-

IT IS SO ORDERED that the action as to Defendants Tommy San Filippo, Frank Hudson, Betty Hudson, Kyle Matthew Fischer (aka Kyle Simmons), Michael Fischer (aka Michael Simmons), Kelly Simmons, Jason Simmons, Matthew McKimmie, and Myrna Tyndal be dismissed without prejudice.

Dated:_April 12, 2010

/s/ OLIVER W. WANGER________
OLIVER W. WANGER
United States District Judge

LAW OFFICES OF
ALLEN FAGALDE ALBERTONI & FLORES LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCEDCA 95344-0184
(209) 723-4372