LAW OFFICES OF
**ALLEN FAGALDE ALBERTONI & FLORES LLP**

KIMBERLY G. FLORES SBN 227131
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CALIFORNIA 95344-0184
(209) 723-4372
(209) 723-7397

Attorneys for Plaintiff, John Roe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ROE, a minor, by and through his Guardian Ad Litem, SHEILIA IRENE CALLAHAN,**<br><br>**Plaintiffs**<br><br>vs.<br><br>**GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW MCKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIPPO, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEET MANN; CHRIS IMPERATRICE, AND DOES 1-50**<br><br>**Defendants.**<br><br>**And Related Cross Actions.** | NO.:   1:07-CV-00796-0WW-SMS<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Kimberly G. Flores, counsel for Plaintiff JOHN ROE, and Defendant GUSTINE UNIFIED SCHOOL DISTRICT that the above-captioned

-1-
Stipulation of Dismissal and Order Thereon

action be and hereby is dismissed with prejudice, as to Defendant, GUSTINE UNIFIED SCHOOL DISTRICT, pursuant with FRCP 41 (a) (1).

Further, pursuant to the December 22, 2009 Memorandum Decision by United States District Judge Oliver W. Wanger, the above-captioned action is hereby dismissed with prejudice, as to Defendants ADAM CANO, JASON SPAULDING, ANTHONY SOUZA, and CARL SCUDDER.

Each party will bear its own costs and attorney fees.

Dated: July 27, 2010

      Kimberly G. Flores
KIMBERLY G. FLORES, Attorneys for Plaintiff
JOHN ROE

Dated: July 27, 2010

      Mart B. Oller, IV
MART B. OLLER, IV, Attorneys for Defendants
GUSTINE UNIFIED SCHOOL DISTRICT,
ADAM CANO, JASON SPAULDING, and
ANTHONY SOUZA

Dated: August 2, 2010

      James McBrearty
JAMES McBREARTY, Attorneys for Defendant
CARL SCUDDER

## ORDER

Upon considering the stipulation, and good cause appearing:

IT IS HEREBY ORDERED that the action is dismissed as to GUSTINE UNIFIED SCHOOL DISTRICT, ADAM CANO, JASON SPAULDING, ANTHONY SOUZA, and CARL SCUDDER, in accordance with the stipulation.

///

//

LAW OFFICES OF
ALLEN FAGALDE
ALBERTONI & FLORES
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372

-2-
Stipulation of Dismissal and Order Thereon

2  IT IS SO ORDERED.

3  Dated:   **August 2, 2010**              **/s/ Oliver W. Wanger**
4                                          UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
ALLEN FAGALDE
ALBERTONI & FLORES LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372

-3-
Stipulation of Dismissal and Order Thereon