| | |
|---|---|
| Mart B. Oller IV, # 149186<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>5 River Park Place East<br>Fresno, CA 93720<br>Telephone: (559) 433-1300<br>Facsimile: (559) 4332300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendant
Gustine Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JOHN ROE, a minor, by and through his Guardian ad Litem, SHEILA IRENE CALLAHAN,<br><br>  Plaintiff,<br><br>  v.<br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; MICHAEL FISCHER, aka MICHAEL SIMMONS, a minor; KELLY SIMONS; JASON SIMMONS; MATTHEW McKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIP, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE, AND DOES 1-200,<br><br>  Defendants. | Case No. 1:07-CV-00796-OWW-DLB<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   October 25, 2010<br>Time:   10:00 a.m.<br>Judge:  The Honorable Oliver Wanger |

Upon reading of the Motion for Dismissal brought by GUSTINE UNIFIED SCHOOL DISTRICT, ADAM CANO, ANTHONY SOUZA, JASON SPAULDING and CARL SCUDDER, and for good cause appearing:

49912/00048-1601993.v1

ORDER ON DEFENDANTS' MOTION TO DISMISS 1:07-CV-00796-OWW-DLB

IT IS SO ORDERED that the Cross-complaint filed by GUSTINE UNIFIED SCHOOL DISTRICT, ANTHONY SOUZA, JASON SPAULDING, ADAM CANO, and CARL SCUDDER, and the Cross-complaint filed by KYLE MATTHEW FISCHER aka KYLE SIMMONS, MICHAEL FISCHER aka MICHAEL SIMMONS, JASON SIMMONS AND KELLY SIMMONS be dismissed with prejudice.

DATED:   October 25, 2010          /s/ OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200

49912/00048-1601993.v1

2

ORDER ON DEFENDANTS' MOTION TO DISMISS 1:07-CV-00796-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com