UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE, a minor, by and through his Guardian ad Litem, SHEILA IRENE CALLAHAN,<br><br>            Plaintiff,<br><br>     v.<br><br><br>GUSTINE UNIFIED SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; KYLE MATTHEW FISCHER, aka KYLE SIMMONS, a minor; KELLY SIMMONS; JASON SIMMONS; MATTHEW McKIMMIE, a minor; MYRNA TYNDAL; TOMMY SAN FELIPO, a minor; FRANK HUDSON; BETTY HUDSON; CARL SCUDDER; JASON SPAULDING; ANTHONY SOUZA; ADAM CANO; TIMOTHY HAYES; KULJEEP MANN; CHRIS IMPERATRICE; and DOES 1-20,<br><br>            Defendants. | 1:07-CV-00796-OWW-DLB<br><br>FINAL JUDGMENT |

All claims in this case have been resolved.  See Doc. 175.
Judgment is entered in favor of all Defendants and against
Plaintiffs on all claims.  The Clerk of Court is directed to CLOSE
THIS CASE.

IT IS SO ORDERED.

Dated:  __March 30, 2011__          _____/s/ Oliver W. Wanger_____
                                    UNITED STATES DISTRICT JUDGE

1